USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

VICTOR BAJANA,                              :       09 Civ. 5202 (SHS)

                Plaintiff,    :

   -against-                               :       ORDER

NEW YORK CITY DEPARTMENT OF                 :
CORRECTIONS,
                                             :
                Defendant.
-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      On April 29, 2010, Magistrate Judge Gabriel W. Gorenstein issued a Report and Recommendation recommending that the complaint in this action should be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and 28 U.S.C. § 1915A(b)(1) for failure to state a claim. Plaintiff's time to file objections to the Report and Recommendation was extended to June 7, 2010. As of today, the Court has received no objections from plaintiff. Accordingly, after a *de novo* review of the Report and Recommendation,

      IT IS HEREBY ORDERED that Magistrate Judge Gorenstein's April 29, 2010 Report and Recommendation is adopted and the complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and 28 U.S.C. § 1915A(b)(1) for failure to state a claim.

Dated: New York, New York
       June 15, 2010

                                                         SO ORDERED:

                                                         Sidney H. Stein, U.S.D.J.